# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: SEARCH WARRANTS** | : | **MISC. NOS.  1:05-MC-0151** |
| **EXECUTED ON:** | : | 1:05-MC-0152 |
| | : | 1:05-MC-0153 |
| **309 PRIMROSE LANE** | : | 1:05-MC-0154 |
| **HANOVER, PENNSYLVANIA  17331** | : | 1:05-MC-0155 |
| | : | 1:05-MC-0156 |
| **15 VILLA VISTA AVENUE** | : | |
| **HANOVER, PENNSYLVANIA  17331** | : | (Judge Conner) |
| | : | |
| **95 NORTH ALLWOOD DRIVE** | : | |
| **HANOVER, PENNSYLVANIA  17331** | : | |
| | : | |
| **GARY SOLLENBERGER,** | : | |
| **AVERY SOLLENBERGER, and** | : | |
| **WENDELL SOLLENBERGER** | : | |
| | : | |

## ORDER

AND NOW, this 29th day of June, 2006, upon consideration of the motions for an enlargement of time and for leave to file briefs in excess of fifteen pages, and it appearing that the motions presents good cause for the requested enlargement, see FED. R. CIV. P. 6(b), it is hereby ORDERED that:

1. The motions for an enlargement of time[1] are GRANTED.

2. The motions for leave to file briefs in excess of fifteen pages[2] are GRANTED.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] (Misc. No. 1:05-MC-0151, Doc. 25; Misc. No. 1:05-MC-0152, Doc. 25; Misc. No. 1:05-MC-0153, Doc. 19; Misc. No. 1:05-MC-0154, Doc. 20; Misc. No. 1:05-MC-0155, Doc. 19; Misc. No. 1:05-MC-0151, Doc. 19.)

[2] (Misc. No. 1:05-MC-0151, Doc. 21; Misc. No. 1:05-MC-0152, Doc. 21; Misc. No. 1:05-MC-0153, Doc. 15; Misc. No. 1:05-MC-0154, Doc. 16; Misc. No. 1:05-MC-0155, Doc. 15; Misc. No. 1:05-MC-0151, Doc. 15.)